IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLEY CLAASSEN, M.D., and KENNETH POLLOCK, her Spouse,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL CASUALTY INSURANCE CO., an Insurance Company Licensed to Transact Business in Nebraska,<br><br>Defendant. | CASE NO. 8:13CV328<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's Motion to Strike & Motion for More Definite Statement (Filing No. 7) and Magistrate Judge Gossett's Findings and Recommendation (Filing No. 11) in which he recommends that the Defendant's Motions be denied. The Defendant has not objected to the Findings and Recommendation. Having reviewed the Plaintiff's Complaint (Filing No. 1 at CM/ECF 4 *et seq*.); the Defendant's Motion (Filing No. 7) and Brief (Filing No. 8); the Plaintiff's Brief in Opposition (Filing No. 10); and the Magistrate Judge's Findings and Recommendation Filing No. 11), the Court adopts the well-reasoned Findings and Recommendation in their entirety.

Accordingly,

IT IS ORDERED:

1. Magistrate Judge Gossett's Findings and Recommendation (Filing No. 11) are adopted;

2. The Defendant General Casualty Insurance Company's Motion to Strike & Motion for More Definite Statement (Filing No. 7) is denied; and

3.	The Defendant General Casualty Insurance Company will respond to the Plaintiffs' Complaint on or before February 18, 2014.

DATED this 3rd day of February, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge